1  KENNETH J. COLLINS, CSBN 100579
   ATTORNEY AT LAW
2  P. O. BOX 1193
   ARCATA, CA 95518
3  (707) 822-1611 FAX (707) 822-1044
   EMAIL:  aew1950@yahoo.com
4  ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| **JEFF WALKER CHILDRE**,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>**CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY,**<br>　　　　Defendant. | **Case No.:** 1:14-cv-3582 NJV<br><br>**STIPULATION AND ORDER IN SUPPORT OF PLAINTIFF'S THIRD REQUEST FOR EXTENSION OF TIME** |

　　　　IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that plaintiff Jeff Childre may have an extension until March 27, 2015, in which to file plaintiff's motion for summary judgment.   All amended deadlines will be extended accordingly.   This is plaintiff's third request.

Dated:  February 26, 2015　　　　　　　　　　　　　*/s/ Kenneth J. Collins*
　　　　　　　　　　　　　　　　　　　　　　　　　KENNETH J. COLLINS
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

//

//

Stipulation and  Order In Support of Plaintiff's Third Request for Extension of Time,

Case No. 1:14-cv-03582-NJV-Page 1 of 2

1   Dated: February 26, 2015            MELINDA L. HAAG
                                                                                   United States Attorney

DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ Timothy R. Bolin*
Timothy R. Bolin
Assistant Regional Counsel
Attorneys for Defendant
(as authorized by email)

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 3, 2015

                                                     Hon. Nandor J. Vadas
                                                     United States Magistrate Judge